No. 94–8103. SANCHEZ v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8106. ABEDI v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–8120. JAMES v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8121. KRESE v. OVERTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8122. SUTTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8127. LANGFORD v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8130. MIKKILINENI v. INDIANA COUNTY TRANSIT AUTHORITY ET AL. Super. Ct. Pa. Certiorari denied.

No. 94–8135. WUORNOS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–8142. LAMBROS v. NORTHWEST AIRLINES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–8144. STOW v. HORAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–8148. SALAZAR v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8149. AYERS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8160. LEWIS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–8170. PESEK v. WISCONSIN. Ct. App. Wis. Certiorari denied.